LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MASSEY AND SHANE MASSEY, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, <br><br> Defendants. | CASE NO. C 06 0544 TEH <br><br> Before the Honorable Thelton E. Henderson <br><br> [PROPOSED] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Conference Date: May 1, 2006 <br> Conference Time: 1:30 p.m. <br> Location: Courtroom 12, 19th Floor <br> San Francisco |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court hereby continues the May 1, 2006 Case Management Conference ("CMC") to September 11, 2006, at 1:30 p.m. In the event the case is not transferred as part of MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or ~~the Eastern District of New York~~ as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: 4/25/06

_____
Honorable Thelton E. Henderson
United States District Court Judge

I:\4500.ZYPREXA\Client Folders\Massey.47126\Complaint\CMC.PROPOSED.ORDER.doc    - 3 -    [PROPOSED] ORDER