LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MASSEY AND SHANE MASSEY,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 06 0544 TEH<br><br>Before the Honorable THELTON E. HENDERSON<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date: September 11, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom 12, 19th Floor |

For the reasons set forth in Plaintiffs and Defendant's Joint Case Management Conference Statement, the Court hereby continues the September 11, 2006 Case Management Conference ("CMC") to  January 22, 2007 , at  1:30 p.m.  In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED:  8/28/06 

_____
Honorable Thelton E. Henderson
United States District Court Judge

– 3 –
[Proposed] Order