LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  415-646-7160
Facsimile:  415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MASSEY AND SHANE MASSEY,<br><br>                      Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.<br><br>                      Defendants. | CASE NO.  C 06 0544 TEH<br><br>Before the Honorable THELTON HENDERSON<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:   January 22, 2007<br>Conference Time:   1:30 pm<br>Location:                 Courtroom 2, 19th Floor |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court hereby vacates the January 22, 2007 Case Management Conference ("CMC").

**IT IS SO ORDERED.**

DATED:  12/18/06

_____
Thelton Henderson
United States District Court Judge

- 1 -